**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JADA R.,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.
_______________________________/

Case No. 26-10721
Hon. Jonathan J.C. Grey
Magistrate Judge Kimberly G. Altman

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 9) AND DISMISSING PLAINTIFF'S CAUSE OF ACTION**

Plaintiff Jada R. brings this action under 42 U.S.C. § 405(g), challenging the final decision of the Commissioner of Social Security Administration denying her application for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. (ECF No. 1.) This matter comes before the Court on Magistrate Judge Kimberly G. Altman's Report and Recommendation dated September 30, 2026. (ECF No. 9.) In the Report and Recommendation, the Magistrate Judge recommends that the Court dismiss Plaintiff's cause of action because it was not timely filed. (*Id.*) No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated September 30, 2026 (ECF No. 9) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that this cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2026

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 22, 2026.

s/ S. Osorio
Sandra Osorio
Case Manager